394 A.2d 631

Walsh v. Dawn Builders, Inc., et al., Appellants.

Argued June 13, 1978. Leonard J. Tripodi, for appellants; George P. Noel, for appellee.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.